IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHERINE BLACK, :<br>:<br>Plaintiff, :<br>: Case No. 1:17-cv-00101<br>v. :<br>: Honorable Matthew F. Kennelly<br>CHERIE WRIGLEY, MELISSA COHENSON, :<br>BRIAN A. RAPHAN, P.C., and PAMELA KERR, :<br>:<br>Defendants. : | |

**Declaration of Sharan Abraham in Further Support of
Plaintiff's Motions to Compel Document Production and Testimony**

SHARAN R. ABRAHAM, pursuant to 28 U.S.C. § 1746, states as follows:

1. I am an attorney for Plaintiff Katherine Black in this action.

2. I submit this Declaration in further Support of Plaintiff's Motions to Compel Document Production and Testimony of Defendants Cherie Wrigley, Pamela Kerr, Melissa Cohenson, and Brian A. Raphan, P.C.

3. Annexed hereto as **Exhibit 19** is a true and correct copy of a stipulation between parties in which Defendants produced previously withheld documents without waiving their privilege claims, and Plaintiff waived no claims from her motions to compel.

4. Annexed hereto as **Exhibit 20** is a true and correct copy of Defendants' written common interest agreement, produced on November 1, 2018, pursuant to the stipulation.

5. Annexed hereto as **Exhibit 21** is a true and correct copy of Defendant Kerr's Third Amended Privilege Log, produced on October 31, 2018.

6. Annexed hereto as **Exhibit 22** is a true and correct copy of excerpts from Pamela Kerr's August 31, 2018 deposition.

7. Annexed hereto as **Exhibit 23** is a true and correct copy of excerpts from Cherie Wrigley's September 7, 2018 deposition.

8. Annexed hereto as **Exhibit 24** is a true and correct copy of excerpts from Melissa Cohenson's August 28, 2018 deposition.

9. Annexed hereto as **Exhibit 25** is a true and correct copy of excerpts from Brian Raphan's August 28, 2018 deposition.

10. Annexed hereto as **Exhibit 26** is a true and correct copy of excerpts from Anthony Dain's September 6, 2018 deposition.

11. Annexed hereto as **Exhibit 27** is a true and correct copy of a letter dated October 2, 2012, Cherie Wrigley to the Denver Probate Court, written in support of Bernard Black's petition to be conservator of Joanne Black.

12. Annexed hereto as **Exhibit 28** is a true and correct copy of an excerpt of a February 18, 2016 transcript from proceedings in the Denver Probate Court.

13. Annexed hereto as **Exhibit 29** is a true and correct copy of sworn Declaration of Pamela Kerr filed in the Eastern District of New York on September 9, 2016.

14. Annexed hereto as **Exhibit 30** is a true and correct copy of a May 1, 2018 email from Pamela Kerr's counsel providing a link for her document production.

15. Annexed hereto as **Exhibit 31** is a true and correct copy of an email dated March 16, 2016 from Gayle Young to several recipients, including Defendants, and produced by Pamela Kerr on November 1, 2018, pursuant to the stipulation.

16. Annexed hereto as **Exhibit 32** is a true and correct copy of an email dated March 12, 2016 from Gayle Young to several recipients, including Defendants, and produced by Pamela Kerr on November 1, 2018, pursuant to the stipulation.

17. Annexed hereto as **Exhibit 33** is a true and correct copy of Defendant Kerr's Second Amended Privilege Log, produced on October 25, 2018.

18. Annexed hereto as **Exhibit 34** is a true and correct copy of an email chain dated February 16, 2016 between Gayle Young and Pamela Kerr, produced by Pamela Kerr on November 1, 2018, pursuant to the stipulation.

19. Annexed hereto as **Exhibit 35** is a true and correct copy of an attorney affirmation of Melissa Cohenson, filed in a guardianship proceeding on March 15, 2016.

20. Annexed hereto as **Exhibit 36** is a true and correct copy of an email dated March 9, 2016 from Anthony Dain's legal secretary to several recipients, including Defendants, and produced by Cherie Wrigley on November 1, 2018, pursuant to the stipulation.

21. Annexed hereto as **Exhibit 37** is a true and correct copy of 11 pages of redacted emails produced by Cherie Wrigley on November 1, 2018, pursuant to the stipulation.

22. Annexed hereto as **Exhibit 38** is a true and correct copy of the "Who We Are" and "Pro Bono" pages of Anthony Dain's law firm, Procopio.

23. Annexed hereto as **Exhibit 39** is a true and correct copy of an email sent by Plaintiff's counsel to counsel for Melissa Cohenson and Brian A. Raphan, P.C. on October 18, 2018.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on November 5, 2018

                                                */s/Sharan R. Abraham*
                                                Sharan R. Abraham