# Exhibit 32

| | |
|---|---|
| **From:** | Rita Buckman Winters |
| **To:** | Pamela Kerr |
| **Subject:** | RE: Follow up from phone call |
| **Date:** | Wednesday, January 13, 2016 1:05:00 PM |

Thanks, Pam. I look forward to receiving whatever information you can provide.

Best,

Rita

---

**From:** Pamela Kerr [mailto:pam@kerrfa.com]
**Sent:** Wednesday, January 13, 2016 12:58 PM
**To:** Rita Buckman Winters <rita-winters@law.northwestern.edu>
**Subject:** Follow up from phone call

Rita,

Thank you for your phone call this morning. I am waiting for a call back from my attorney before I send you the letter. Given the situation, I have to be extremely careful.

On another note, Anthony Dain, who is mentioned numerous times in this letter will be sending you a copy of the letter and his communication. That should be coming in the next day or so.

We all very much appreciate your response to our concerns.

*Best regards,*
*Pam Kerr*

Pamela M. Kerr, CPA, FCPA, CFE

*Kerr Forensic Accounting PC*

650 S. Cherry Street Suite 235
Denver, Colorado 80246
(303) 696-3700 - phone
(303) 696-5711 - fax
www.kerrfa.com

"Kindness is the language which the deaf can hear and the blind can see" - Mark Twain

**Privileged/Confidential Information and IRS Disclosure:** This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. To ensure compliance with requirements imposed by the IRS (IRS Circular 230), we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment). In addition, the information contained in this message may be protected by the accountant-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. In addition, you are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

NU00241