```
                         EVENT COMMENTS
                         8/06/15  8:17 AM
                    District Court, Denver Probate Court

Case #: 2012PR001772         Div/Room:        Type: Conservatorship - Adult

                   In the Matter of:  BLACK, JOANNE    DATE FILED: August 5, 2015
                                                       CASE NUMBER: 2012PR1772
Status:              SUPP  ROPN
_____
Record Type:   EVT           Minute Order (print)
Judge Initials:   EDL       Clerk Initials:         Reporter Initials:

JUDGE: LEITH         *REPORTER: DIGITAL         *HEARING
APPEARANCES: BERNARD BLACK W/CNSL BERNARD POSKUS AND PATRICK THIESSEN;
ANTHONY DAIN, ESQ.; CHERI WRIGLEY, PRO SE; CAC LISA DIPONIO; GAL GAYLE YOUNG;
PAMELA KERR, ACCT; MELINDA HARPER, ACCT; KATE LITVAK, WITNESS/SPOUSE OF
BERNARD BLACK. TESTIMONY TAKEN AND CONCLUDED AS TO BREACH OF FIDUCIARY DUTY
ALLEGATIONS. HEARING SCHEDULED SEPTEMBER 8, 2015 AT 9:00 A.M. FOR SUCHARGE
AND CIVIL THEFT. ORDERED: THE COURT WILL ISSUE A DETAILED, WRITTEN ORDER WITH
FINDINGS BUT FINDS AT THIS TIME THAT BERNARD BLACK BREACHED HIS FIDUCIARY
DUTIES AND HAS CAUSED DGES TO THE PP WHICH SHALL BE DETERMINED AT A SEPARATE
HEARING. BERNARD BLACK IS REMOVED AS CSV FOR JOANNE BLACK AND HIS LETTERS ARE
REVOKED. THE WORD REVOKED SHALL BE WRITTEN UPON THE FACE OF THE LETTERS.
NANCY PETERSON SHALL SERVE AS CSV UNTIL THE COURT IN NY APPTS A NEW,
PERMANENT CSV. THE COURT ORDERS INSOFAR AS IT HAS AUTHORITY TO DO SO AND
INSOFAR AS IT DOES NOT HAVE AUTHORITY, RECOMMENDS TO OTHER COURTS THAT MR.
BLACK BE TERMINATED AS THE EXECUTOR FOR RENATTA BLACK'S ESTATE AND HAVE NO
FIDUCIARY RESPONSIBILITIES AS TO ANY MATTER WHICH INVOLVES FUNDS RELATED TO
JOANNE BLACK. THE COURT FURTHER ORDERS/RECOMMENDS THAT APPT FIDUCIARIES BE
PROFESSIONAL AND NOT FAMILY MEMBERS. THE FUNDS HELD IN MR. POSKUS' TRUST ACCT
SHALL BE TRANSFERRED TO MS. PETERSON WITHIN 10 DAYS. MS. PETERSON IS
AUTHORIZED TO PAY MS. KERR $40,000.00 FOR HER WORK TO DATE, PENDING FURTHER
REVIEW AND RESOLUTION OF HER FULL FEE CLAIM. MR. BLACK SHALL TURN OVER ALL
ITEMS IN HIS POSSESSION INCLUDING BUT WITHOUT LIMITATION, CHECKBOOKS, SAVINGS
ACCT BOOKS, PASSBOOKS OR ANY ITEM WHICH WOULD ALLOW WITHDRAWAL OF JOANNE
BLACK'S FUNDS, INCLUDING TRUST OR OTHER ACCTS TO MS. PETERSON WITHIN 10 DAYS.
MR. BLACK SHALL NOT WITHDRAW FUNDS FROM ANY ACCT FOR ANY REASON PENDING THE
TRANSFER TO MS. PETERSON. HEARING ON THE SURCHARGE AND CIVIL THEFT IS
SCHEDULED SEPT. 8, 2015 AT 9:00 AM FOR A FULL DAY. THE COURT WILL ISSUE A
FULL WRITTEN ORDER WITH COMPLETE FINDINGS BUT ISSUES THIS ORDER TODAY TO
ALLOW THE PARTIES TO BEGIN TO ORGANIZE THEMSELVES FOR THE SCHEDULED
PROCEEDINGS IN NY OCTOBER 1, 2015 AND TO PREVENT FURTHER DISSIPATION OF
JOANNE BLACK'S ASSETS.
*BLACK EXH 43,44,45,46,47,48,49,68,78,80,111,106                         /EDL
```

BLACK013284