# CASE ANNOUNCEMENTS
# COLORADO SUPREME COURT
### *MONDAY, MAY 20, 2019*

"Slip opinions" are the opinions delivered by the Supreme Court Justices and are subject to modification, rehearing, withdrawal, or clerical corrections. Modifications to previously posted opinions will be linked to the case number in the petition for rehearing section the day the changes are announced.

Click on the case number to view the opinion in pdf format.

---

## OPINIONS

### 2019 CO 34

### Supreme Court Case No. 16SC442
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 12CA889

**Petitioner:**

The People of the State of Colorado,

v.

**Respondent:**

Richard Wesley Anderson.

**Judgment Reversed**
*en banc*

**CHIEF JUSTICE COATS** delivered the Opinion of the Court.

*COLORADO SUPREME COURT CASE ANNOUNCEMENTS*

--------------------------------------------------------------------------------------------------------------------

### 2019 CO 35

### Supreme Court Case No. 18SA292
*Interlocutory Appeal from the District Court*
Montrose County District Court Case No. 18CR178
Honorable Mary E. Deganhart, Judge

**Plaintiff-Appellant:**

The People of the State of Colorado,

v.

**Defendant-Appellee:**

Jeremiah Anthony Tomaske.

### Order Reversed
*en banc*

**JUSTICE BOATRIGHT** delivered the Opinion of the Court.

*COLORADO SUPREME COURT CASE ANNOUNCEMENTS*

---

## 2019 CO 36

### Supreme Court Case No. 17SC584
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 16CA50

**Petitioner:**

The People of the State of Colorado,

v.

**Respondent:**

Kevin Keith McKnight.

**Judgment Affirmed**
*en banc*

**JUSTICE HOOD** delivered the Opinion of the Court.
**CHIEF JUSTICE COATS** dissents, and **JUSTICE BOATRIGHT** and **JUSTICE SAMOUR** join in the dissent.
**JUSTICE SAMOUR** dissents, and **JUSTICE BOATRIGHT** joins in the dissent.

3

*COLORADO SUPREME COURT CASE ANNOUNCEMENTS*

---

### [2019 CO 37](#)

---

### [Supreme Court Case No. 18SA208](#)
*Interlocutory Appeal from the District Court*
Mesa County District Court Case No. 17CR2426
Honorable Valerie J. Robison, Judge

---

**Plaintiff-Appellant:**

The People of the State of Colorado,

v.

**Defendant-Appellee:**

Amanda Eileen Gadberry.

---

**Order Affirmed**
*en banc*

**JUSTICE HOOD** delivered the Opinion of the Court.
**CHIEF JUSTICE COATS** dissents, and **JUSTICE BOATRIGHT** and **JUSTICE SAMOUR** join in the dissent.
**JUSTICE SAMOUR** dissents, and **JUSTICE BOATRIGHT** joins in the dissent.

---

*COLORADO SUPREME COURT CASE ANNOUNCEMENTS*

---

### 2019 CO 38

### Supreme Court Case No. 17SC735
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 16CA1355

#### Petitioners:

City of Golden, Colorado and Jeff Hansen, in his official capacity as Finance Director of the City of Golden, Colorado,

v.

#### Respondent:

Sodexo America, LLC.

#### Judgment Affirmed
*en banc*

**JUSTICE HOOD** delivered the Opinion of the Court.

*COLORADO SUPREME COURT CASE ANNOUNCEMENTS*

---

# PETITIONS FOR REHEARING

---

## 2019 CO 21

---

### Supreme Court Case No. 15SC268
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 07CA561

---

**Petitioner:**

Robert Keith Ray,

v.

**Respondent:**

The People of the State of Colorado.

---

Petition for Rehearing DENIED. EN BANC.
**JUSTICE GABRIEL** and **JUSTICE HART** would grant the petition.
**JUSTICE SAMOUR** does not participate.

---

*COLORADO SUPREME COURT CASE ANNOUNCEMENTS*

---

**2019 CO 23**

**Supreme Court Case No. 16SC413**
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 14CA1559

**Petitioner:**

David R. Calvert,

v.

**Respondents:**

Diane L. Mayberry a/k/a Diane Marie Laba-Mayberry and Desiree L. Mayberry.

Petition for Rehearing DENIED. EN BANC.
**CHIEF JUSTICE COATS** and **JUSTICE SAMOUR** would grant the petition.

7

*COLORADO SUPREME COURT CASE ANNOUNCEMENTS*

-------------------------------------------------------------------------------------------------------------

### ORIGINAL PROCEEDING

**19SA91  In Re: Wasulko, Todd v. eRentpayment**
Larimer County District Court, 17CV31088
     Order to Show Cause issued on May 16, 2019


### GRANTED PETITIONS FOR WRIT OF CERTIORARI

**No. 18SC684, Court of Appeals Case No. 15CA633**
**Petitioner/Cross-Respondent:**
Laron Antonio Donald,

v.

**Respondent/Cross-Petitioner:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  Cross-Petition for Writ of Certiorari GRANTED.  EN BANC.

[REFRAMED] Whether the court of appeals erred in vacating the defendant's conviction based on its conclusion that the jury could have found the defendant guilty of violating the conditions of his bail bond only by stacking inference on top of inference as prohibited in *Tate v. People*, 247 P.2d 665 (Colo. 1952).

[REFRAMED] Whether the court of appeals erred in concluding that the testimony as to the bail bond release process did not give rise to an inference that the defendant had knowledge of the contents of the bond paperwork.

Whether sufficient evidence was presented to support the jury's finding that the defendant had knowledge of the bond paperwork.

DENIED AS TO ALL OTHER ISSUES

-------------------------------------------------------------------------------------------------------------

# COLORADO SUPREME COURT CASE ANNOUNCEMENTS

---

**No. 18SC708, Court of Appeals Case No. 13CA1604**
**Petitioner:**
The People of the State of Colorado,

v.

**Respondent:**
Sheila Renee Monroe.

Petition for Writ of Certiorari GRANTED. EN BANC.

Whether the prosecution properly argued that the defendant's ability to leave an encounter was relevant to whether she feared for her safety and, therefore, to whether she acted in self-defense.

Whether the court of appeals erred in holding that the prosecution's argument concerning the defendant's ability to leave an encounter improperly injected a duty to retreat, contrary to Colorado's self-defense law, despite the prosecution's clarification of the argument and the trial court's oral and written jury instructions.

---

**No. 18SC765, Court of Appeals Case No. 17CA326**
**Petitioner:**
Richard Andrew Manjarrez,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari GRANTED. EN BANC.

Whether "special access" to a child—standing alone—is sufficient to prove a position of trust under section 18-3-401(3.5) and *People v. Roggow*, 318 P.3d 446 (Colo. 2013), or whether there must be proof that a defendant also had some duty of supervision over a child in order to find that the defendant occupied a position of trust.

---

*COLORADO SUPREME COURT CASE ANNOUNCEMENTS*

---

## DENIED PETITIONS FOR WRIT OF CERTIORARI

**No. 18SC341, Court of Appeals Case No. 15CA2090**
**Petitioner:**
The People of the State of Colorado,
v.
**Respondent:**
Kevin James O'Rourke.

Petition for Writ of Certiorari is DENIED. EN BANC.

JUSTICE BOATRIGHT would grant as to the following issue:

Whether the court of appeals erred in holding that the trial court abused its discretion and violated the defendant's due process rights when it denied the defendant's motion to continue made on the first day of trial.

---

**No. 18SC419, Court of Appeals Case No. 16CA198**
**Petitioner:**
Bernard Black, in his Capacity as Trustee for the Supplemental Needs Trust for the Benefit of Joanne Black,
v.
**In the Interest of**
**Respondent:**
Joanne Black, Protected Person.

Petition for Writ of Certiorari is DENIED. EN BANC.

---

**No. 18SC654, Court of Appeals Case No. 16CA875**
**Petitioner:**
Leonard Joosten,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

---

*COLORADO SUPREME COURT CASE ANNOUNCEMENTS*
---------------------------------------------------------------------------------------------------------------------

**No. 18SC675, Court of Appeals Case No. 15CA42**
**Petitioner:**
The People of the State of Colorado,

v.

**Respondent:**
Gordon Scott Siriano.

Petition for Writ of Certiorari DENIED. EN BANC.
---------------------------------------------------------------------------------------------------------------------
**No. 18SC702, Court of Appeals Case No. 14CA1490**
**Petitioner:**
Briana Cam Thi Nguyen,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.
---------------------------------------------------------------------------------------------------------------------
**No. 18SC703, Court of Appeals Case No. 14CA865**
**Petitioner:**
Briana Cam Thi Nguyen,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.
---------------------------------------------------------------------------------------------------------------------

## COLORADO SUPREME COURT CASE ANNOUNCEMENTS

---

**No. 18SC730, Court of Appeals Case No. 18CA499**
**Petitioners/Cross-Respondents:**
Arapahoe County Sheriff's Department and Sheriff David C. Walcher,

v.

**Respondent/Cross-Petitioner:**
Michael Cummings.

Petition and Cross-Petition for Writ of Certiorari is DENIED. EN BANC.
JUSTICE SAMOUR does not participate.

JUSTICE MÁRQUEZ would grant as to the following issues:

Whether the court of appeals erred in ruling that section 30-10-506, C.R.S. (2018), mandates the creation of a non-disclaimable implied employment contract with respect to portions of the Sheriff's personnel policy manual.

Whether the court of appeals' holding that the Sheriff's policy provisions "that effectuate the due process rights conferred by section 30-10-506" are a non-disclaimable implied contract impermissibly expands the scope of the rights expressly conferred by section 30-10-506, C.R.S. (2018).

Whether the court of appeals, while correctly holding that the due process rights granted by section 30-10-506, C.R.S. (2018), cannot be disclaimed, erred by holding that other rights granted by the personnel policies adopted by a sheriff pursuant to the same statute can be disclaimed and thereby rendered unenforceable.

---

## COLORADO SUPREME COURT CASE ANNOUNCEMENTS

---

**No. 18SC737, Court of Appeals Case No. 15CA504**
**Petitioner:**
David Trujillo,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

JUSTICE HOOD would grant as to the following issue:

Whether the trial court reversibly erred in refusing the petitioner's proposed stipulation to the existence of his prior felony conviction and instead allowing the respondent to present evidence of the name and nature of the underlying offense.

---

**No. 18SC739, Court of Appeals Case No. 17CA1111**
**Petitioner:**
Digital Landscape, Inc.,
v.
**Respondent:**
Media Kings, LLC.

Petition for Writ of Certiorari DENIED. EN BANC.

JUSTICE HOOD would grant as to the following issues:

Are clauses for arbitrating disputes "arising under" a contract limited to disputes of contract interpretation and performance, or do they broadly extend to disputes not grounded in the contract?

Do arbitrators exceed their jurisdiction when, after having ruled on all submitted claims, they create and award relief on a different claim that had never been submitted?

---

## *COLORADO SUPREME COURT CASE ANNOUNCEMENTS*

---

**No. 18SC783, Court of Appeals Case No. 15CA1899**
**Petitioner:**
Jack Lamont Miller, III,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

---

**No. 18SC808, Court of Appeals Case No. 10CA1987**
**Petitioner:**
Kalani Opana,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

---

**No. 18SC810, Court of Appeals Case No. 17CA1605**
**Petitioner:**
City of Lakewood and Larry Dorr, in his official capacity as Finance Director of the City of Lakewood, Colorado,
v.
**Respondents:**
Big Sur Waterbeds, Inc.; Denver Mattress CO., LLC; and Sofa Mart, LLC.

Petition for Writ of Certiorari DENIED. EN BANC.

---

**No. 18SC875, Court of Appeals Case No. 16CA243**
**Petitioner:**
Raul Edgardo Febo,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

---

## *COLORADO SUPREME COURT CASE ANNOUNCEMENTS*

-------------------------------------------------------------------------------------------------------------------

**No. 19SC19, Court of Appeals Case No. 16CA749**
**Petitioner:**
Santos Sanchez Johnston,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------------

**No. 19SC31, Court of Appeals Case No. 14CA2088**
**Petitioner:**
Pilar Altamirano Zavala,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------------

**No. 19SC70, Court of Appeals Case No. 16CA1183**
**Petitioner:**
Clay Martin Potter,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------------

**No. 19SC71, Court of Appeals Case No. 16CA517**
**Petitioner:**
Moises Fuerte-Rios,

v.

**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------------

## *COLORADO SUPREME COURT CASE ANNOUNCEMENTS*
---

**No. 19SC92, Court of Appeals Case No. 17CA2289**
**Petitioner:**
Nancy Martinez,
v.
**Respondent:**
Donald D. Hernandez.

Petition for Writ of Certiorari DENIED. EN BANC.

---
**No. 19SC115, Court of Appeals Case No. 16CA1789**
**Petitioner:**
Mercedes Ambriz-Serrano,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

---
**No. 19SC123, Court of Appeals Case No. 18CA265**
**In re the Marriage of**
**Petitioner:**
Samuel Collin Robinson,
and
**Respondent:**
Katherine Lyman Robinson.

Petition for Writ of Certiorari DENIED. EN BANC.

---
**No. 19SC164, Court of Appeals Case No. 15CA2158**
**Petitioner:**
Joseph Lee Dickens, III,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

---

### COLORADO SUPREME COURT CASE ANNOUNCEMENTS

---

**No. 19SC176, Court of Appeals Case No. 17CA1125**
**Petitioner:**
Gilbert M. Murchinson,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

---

**No. 19SC184, Court of Appeals Case No. 18CA559**
**Petitioner:**
Blaine A. Rutenbeck,
v.
**Respondent:**
Chateau Chaparral Owners Association.

Petition for Writ of Certiorari DENIED. EN BANC.

---

**No. 19SC189, Court of Appeals Case No. 18CA324**
**Petitioner:**
Stacy Lynne,
v.
**Respondent:**
Julie Kunce Field.

Petition for Writ of Certiorari DENIED. EN BANC.

---

**No. 19SC190, Court of Appeals Case No. 16CA350**
**Petitioner:**
Olin George Ferrier,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED. EN BANC.

---

## COLORADO SUPREME COURT CASE ANNOUNCEMENTS

-----------------------------------------------------------------------------------------------------------------

**No. 19SC211, Court of Appeals Case No. 18CA1501**
**Petitioner:**
D. D. A-S.,
v.
**In the Interest of Minor Children:**
M. A. A-F., a/k/a M. A. A.-S.; M. A. A-S; M. A. A-S; and M. A. A-S.;
**Respondent:**
The People of the State of Colorado,
and Concerning
E. A. S., Jr.

Petition for Writ of Certiorari DENIED. EN BANC.

-----------------------------------------------------------------------------------------------------------------

**No. 19SC247, Court of Appeals Case No. 17CA2406**
**Petitioner:**
E. J. H.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Children:**
J. P. M. H. and M. G. M. H.,
and Concerning
P. M.-M.

Petition for Writ of Certiorari DENIED. EN BANC.

-----------------------------------------------------------------------------------------------------------------

**No. 19SC248, Court of Appeals Case No. 17CA2368**
**Petitioner:**
E. H.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Child:**
J. M.- H.,
and Concerning
J. H. M.

Petition for Writ of Certiorari DENIED. EN BANC.

-----------------------------------------------------------------------------------------------------------------

## COLORADO SUPREME COURT CASE ANNOUNCEMENTS

---

**No. 19SC264, Court of Appeals Case No. 18CA96**
**Petitioner:**
J. S.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Children:**
D. H. and N. S.

Petition for Writ of Certiorari DENIED. EN BANC.

---

**No. 19SC265, Court of Appeals Case No. 18CA395**
**Petitioner:**
J. A.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Child:**
S. A.-C.

Petition for Writ of Certiorari DENIED. EN BANC.

---

**No. 19SC304, Court of Appeals Case No. 18CA1524**
**Petitioner:**
D. M.,
v.
**Respondent:**
The People of the State of Colorado,
**In the Interest of Minor Children:**
N. L. and G. L.

Petition for Writ of Certiorari DENIED. EN BANC.

---